IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02241-REB-MJW

SUSAN ENGLISH,

Plaintiff(s),

v.

VAN RU CREDIT CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　　　Based upon the Notice of Settlement (docket no. 5), it is hereby ORDERED that the parties shall file their stipulated motion for dismissal with the court on or before October 27, 2009, or show cause why this case should not be dismissed.

　　　　It is FURTHER ORDERED that the Rule 16 Scheduling Conference set on November 20, 2009, at 9:00 a.m. before Magistrate Judge Watanabe is VACATED based upon the settlement of this case.

Date:  October 15, 2009